IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY C. BONTEMPS,

        Petitioner,        No. 2:12-cv-1480 GGH P

   vs.

MIKE McDONALD, Warden,

        Respondent.       ORDER

_____/

      Pursuant to the Order, filed on July 3, 2012, petitioner, by filing dated July 23, 2012, has submitted an in forma pauperis application which reveals that petitioner is unable to afford the costs of suit.

      Accordingly, IT IS ORDERED that petitioner's application to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

DATED: August 13, 2012

                        /s/ Gregory G. Hollows
                  UNITED STATES MAGISTRATE JUDGE

GGH:009
bont1480.ifpg