UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS,<br><br>    Petitioner,<br><br>    v.<br><br>MIKE MCDONALD, Warden,<br><br>    Respondent. | No. 2:12-cv-1480 TLN GGH P<br><br><br>ORDER |

This petition for writ of habeas corpus was denied on March 10, 2014 and judgment entered accordingly. Petitioner's filing, (ECF No. 40), entitled objections to findings and recommendations, filed on March 10, 2014, does not appear to be one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases.[1] Therefore, this document will be placed in the file and disregarded.

Petitioner on March 10, 2014, also filed a document entitled, "application for certificate of appealability," (ECF No. 41). The district court previously declined to issue a certificate of appealability. (ECF Nos. 38.) Nothing in petitioner's request causes this court to change its determination on this issue. As petitioner's request appears to seek consideration of his petition, it will be construed as a notice of appeal.

---

[1] Petitioner filed no less than three documents entitled "objections" to the findings and recommendations, which were considered by the district judge. (ECF Nos. 31, 34, 35.)

1

1  Accordingly, IT IS ORDERED that:

2  1. Petitioner's filing, (ECF No. 40), is disregarded.

3  2. The Clerk of the Court shall construe ECF number 41 as a notice of appeal of the judgment, pursuant to Fed. R. App. P. 4(a), and process the appeal to the Ninth Circuit.

Dated: March 17, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/md; bont1480.158.ggh