UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS, | No. 2:12-cv-1480 TLN GGH P |
| Petitioner, | |
| v. | ORDER |
| MIKE MCDONALD, Warden, | |
| Respondent. | |

This petition for writ of habeas corpus was denied on March 10, 2014 and judgment entered accordingly. Petitioner filed a notice of appeal on March 10, 2014. On July 23, 2014 petitioner filed a motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b)(6).

"As a general rule, the filing of a notice of appeal divests a district court of jurisdiction over those aspects of the case involved in the appeal." Stein v. Wood, 127 F.3d 1187, 1189 (9th Cir. 1997). The purpose of such divestiture is to promote judicial economy and avoid the confusion that might result from two courts deciding the same issues simultaneously. Nat'l Resources Defense Council v. Southwest Marine Inc., 242 F.3d 1163, 1166 (9th Cir. 2001). However, where a Rule 60(b) motion for relief from judgment is pending (and was filed no later than 28 days after the judgment was entered) the notice of appeal is not effective until the district court disposes of that motion by order. Fed. R. App. P. 4(a)(4)(B)(i) and 4(a)(A)(vi).[1] Here,

---

[1] Fed. R. App. P. 4(a)(4)(B)(i) states that "If a party files a notice of appeal after the court announces or enters a judgment—but before it disposes of any motion listed in Rule 4(a) (4)(A)—

1

1    petitioner filed his Rule 60(b) motion more than 28 days after judgment was entered.  Therefore,

2    petitioner's Rule 60(b) motion did not toll the notice of appeal, which was effective on March 10,

3    2014, and this court lacks jurisdiction to rule on the Rule 60(b) motion.

4       Accordingly, IT IS ORDERED that:

5       1.  Petitioner's motion for relief from judgment, filed July 23, 2014 (ECF No. 47), is

6    denied without prejudice pending further instruction from the Ninth Circuit Court of Appeals.

7       2.  The Clerk of the Court is directed to transmit this order to the Ninth Circuit Court of

8    Appeals for filing in Case number 14-15498.

9    Dated: August 12, 2014

10                    /s/ Gregory G. Hollows

11                  UNITED STATES MAGISTRATE JUDGE

13   GGH:076/bont1480.60b

---

28   the notice becomes effective to appeal a judgment or order, in whole or in part, when the order disposing of the last such remaining motion is entered."